IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:90cr25

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| LEROY RAGIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on defendant's Pro Se Motion for Return of Seized Property. In the motion, defendant requests that personal property seized by law enforcement officials during his arrest be mailed to a Post Office Box or, in the alternative, sent to him directly at the Mecklenburg County Jail. The motion reflects that defendant is unable or unwilling to designate a personal representative to retrieve the property as directed by United States Probation Office. Under Federal Rule of Criminal Procedure 42(g), the court may impose "reasonable conditions" on the return of seized property. In the present case, the court finds that requiring defendant to designate a personal representative to retrieve his personal property is reasonable, and accordingly enters the following order. Defendant's Motion Seeking Court for Return of Unreceipted Seized Personal Property (#60) is **DENIED**.

Signed: November 20, 2012

Max O. Cogburn Jr.
United States District Judge