UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00025-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LEROY RAGIN,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on a letter (#74) of defendant addressed to his appellate counsel Frank Abrams, but which defendant mailed to the court for filing. It appearing that such letter is a confidential attorney-client communication, the court will strike such from the docket and advise defendant to not file letters to his attorney with this court.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's letter to counsel (#74) is **STRICKEN** as improvidently filed by defendant.

Signed: April 15, 2013

Max O. Cogburn Jr.
United States District Judge